```
ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00156-001 |
| Plaintiff, | STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET ADMISSION HEARING |
| v. | |
| RIGOBERTO CARRANSA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a preliminary on September 8, 2021, at 2:00 PM.

2. By this stipulation, the parties stipulate that the preliminary hearing set for September 8, 2025, be vacated, and that an admission hearing be set for September 12, 2025, at 2:00 PM. The parties anticipate Mr. Carransa will admit Charge One of the Petition with the understanding that the United States will move to dismiss the other charges at sentencing and recommend a sentence at the low end of the guideline range.

3. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated:  September 4, 2025                                ERIC GRANT |
| 3 |                                                                              United States Attorney |
| 4 |                                                                              /s/ ANTONIO J. PATACA |
| 5 |                                                                              ANTONIO J. PATACA |
|   |                                                                              Assistant United States Attorney |

1  IT IS SO STIPULATED.

2  Dated:  September 4, 2025           ERIC GRANT
                                       United States Attorney
3

4                                      /s/ ANTONIO J. PATACA
                                       ANTONIO J. PATACA
5                                      Assistant United States Attorney

6

7  Dated:  September 4, 2025           /s/ CHRISTINA CORCORAN
                                       CHRISTINA CORCORAN
8                                      Counsel for Defendant
                                       RIGOBERTO CARRANSA
9

2

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the preliminary hearing be vacated and that an admission hearing be set for September 12, 2025 at 2:00 PM. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **September 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge