ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00156-001 |
| Plaintiff, | STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET STATUS CONFERENCE |
| v. | |
| RIGOBERTO CARRANSA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this supervised release petition was set for a preliminary hearing on February 23, 2026, at 2:00 PM.

2.      By this stipulation, the parties stipulate that the preliminary hearing set for February 23, 2026, be vacated, and that a status conference be set for March 26, 2026, at 2:00 PM.

3.      Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

1

Dated:  February 20, 2026                     ERIC GRANT
                                              United States Attorney


                                              /s/ ANTONIO J. PATACA
                                              ANTONIO J. PATACA
                                              Assistant United States Attorney


Dated:  February 20, 2026                     /s/ RICHARD A. BESHWATE
                                              RICHARD A. BESHWATE
                                              Counsel for Defendant
                                              RIGOBERTO CARRANSA

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the preliminary hearing be vacated and that a status conference be set for March 26, 2026, at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **February 20, 2026**       /s/ _Eric P. Grosj_
UNITED STATES MAGISTRATE JUDGE