ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>RIGOBERTO CARRANSA,<br><br>                     Defendant. | CASE NO.  1:22-CR-00156-001<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET ADMISSION HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this supervised release petition was set for a status conference on March 26, 2026, at 2:00 PM.

2.     By this stipulation, the parties stipulate that the status conference set for March 26, 2026, be vacated, and that an admission hearing be set for April 9, 2026, at 2:00 PM.

3.     Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

1

Dated:  March 23, 2026                    ERIC GRANT
                                          United States Attorney


                                          /s/ ANTONIO J. PATACA
                                          ANTONIO J. PATACA
                                          Assistant United States Attorney


Dated:  March 23, 2026                    /s/ RICHARD A. BESHWATE
                                          RICHARD A. BESHWATE
                                          Counsel for Defendant
                                          RIGOBERTO CARRANSA

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference set for March 26, 2026, vacated.   The matter to be set for an admission hearing on April 9. 2026, at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:    **March 23, 2026**                    /s/ *Erin P. Groj*

UNITED STATES MAGISTRATE JUDGE